**Document Not Imaged**

**The paper document is available in the Clerk's Office Files Department**

Case 1:07-mc-00427    Document 2    Filed 12/11/2007    Page 1 of 1